**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 21-6895**

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

   v.

DAVIEYON DEVELLE HOPKINS,

        Defendant - Appellant.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Frank D. Whitney, District Judge.  (3:01-cr-00002-FDW-1)

Submitted:  March 14, 2022                        Decided:  May 17, 2022

Before QUATTLEBAUM, RUSHING, and HEYTENS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Davieyon Develle Hopkins, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Davieyon Develle Hopkins appeals the district court's order denying his motion for a sentence reduction under 18 U.S.C. § 3582(c)(1)(B), and § 404(b) of the First Step Act of 2018, Pub. L. No. 115-391, 132 Stat. 5194, 5222. The district court determined that Hopkins was eligible for relief under the First Step Act but declined to exercise its discretion to reduce Hopkins' sentence after assessing the 18 U.S.C. § 3553(a) factors. After reviewing the record, we conclude that the district court did not abuse its discretion in denying Hopkins' motion. *See United States v. Jackson*, 952 F.3d 492, 497, 502 (4th Cir. 2020). Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*